UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| SANDRA HANCOCK, | Civil Action No. 5:21-CV-02906-KDW |
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

# ORDER

AND NOW, this 2nd day of March, 2023, upon consideration of the Parties' Stipulation, ECF No. 23, it is hereby ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") Petition, ECF No. 22, is hereby withdrawn;

It is further ORDERED that Plaintiff, Sandra Hancock, is awarded attorney fees in the amount of Five Thousand Five Hundred Dollars and 00/100 Cents ($5,500.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Sandra Hancock, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

March 2, 2023
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge